**Judge Berman**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No. 07 CV 3712

**Plaintiff** LEONARD GRUNSTEIN, et al.

-v-

Ronald Silva, et al.
**Defendant**

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _____plaintiffs_____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None



RECEIVED
MAY 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Date: _____May 10, 2007_____

Signature of Attorney

Attorney Bar Code: MS9372

Form Rule7_1.pdf