UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                                   :

LEONARD GRUNSTEIN, JACK DWYER, and CAPITAL  :   Case No. 07cv3712(RMB)
FUNDING GROUP, INC.,

                Plaintiff,

              -against-

RONALD E. SILVA; PEARL SENIOR CARE, LLC;
PSC SUB, LLC; BEVERLY ENTERPRISES, INC.;
GEARY PROPERTY HOLDINGS, LLC; FILLMORE
CAPITAL PARTNERS, LLC; FILLMORE STRATEGIC
INVESTORS, LLC; DRUMM INVESTORS, LLC; and
FILLMORE STRATEGIC MANAGEMENT, LLC,

                Defendant.
-------------------------------------------X

## NOTICE OF APPEARANCE

To the Clerk of the Court:

      **PLEASE TAKE NOTICE** that the Law firm of DECHERT LLP hereby enters its appearance as counsel on behalf of all defendants in the above-captioned action, and that copies of all papers in this action are to be served upon Dechert LLP at the address set forth below. Defendants reserve their rights and do not waive any defenses, including, but not limited to, lack of personal jurisdiction and improper venue (except as to service of process).

                                            Respectfully submitted,

Dated:  New York, New York         DECHERT LLP
          June 14, 2007

                                      By: _____/s/_____
                                           Joseph F. Donley
                                           Eric C. Kirsch
                                           30 Rockefeller Plaza
                                           New York, New York 10112
                                           (212) 698-3500
                                      Fax: (212) 698-3599
                                      Attorneys for Defendants