UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Grunstein, et al.
                Plaintiff(s),                    **Case Management Plan**

        - v -                                    07 CV. 3712 (RMB)

Silva, et al
                Defendant(s).
-----------------------------------------------------------X

   The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _August 31, 2007_

(ii)   Amend the pleadings by _August 3, 2007_

(iii)  All discovery to be **expeditiously** completed by _November 30, 2007_

(iv)   Consent to Proceed before Magistrate Judge _No_

(v)    Status of settlement discussions _None_ with Punnapah on 12/3/07 @ 11:30

**Sections vi through xi will be set at conference with the Court.**

(vi)   Motions _MTD to be fully briefed by 9/12/07; SJ on schedule by Court_

(vii)  Oral Argument _to be determined by Court_

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)   Final Pre-Trial Conference_____

(x)    Trial_____

(xi)   Other_____


SO ORDERED: New York, New York
       _7/23/07_
                                                    _RMB_
USDC SDNY                                Hon. Richard M. Berman, U.S.D.J.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07