# HELLER, HOROWITZ & FEIT, P.C.

JACOB W. HELLER
RICHARD F. HOROWITZ
ELI FEIT
LAWRENCE J. TOSCANO
STUART A. BLANDER
MAURICE W. HELLER
ALAN A. HELLER
CLIFFORD J. BOND

———

ALLEN M. EISENBERG
JOSEPH S. SCHICK
EVAN R. SHUSTERMAN

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, N.Y. 10017
(212) 685-7600

MARTIN STEIN
COUNSEL

———

CABLE ADDRESS
HELLFEITER, N.Y.

———

TELECOPIER
(212) 696-9459

———

WORLD WIDE WEB
HTTP://WWW.HHANDF.COM

———

E-MAIL
MSTEIN@HHANDF.COM

**MEMO ENDORSED**
**P3**

*July 27, 2007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/07

**RECEIVED**
JUL 31 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

<u>*VIA FEDERAL EXPRESS*</u>
Hon. Richard Berman
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 14
New York, New York 10007

Re:  *Grunstein et al. v. Silva et al.*
     07 CIV. 3712

Dear Judge Berman:

I represent plaintiffs in the above-captioned action.  On July 23, 2007 counsel for both sides appeared before you, for a pre-motion conference.  At that time, your Honor set a timetable for the motion to dismiss, with a deadline of August 3, 2007 for plaintiffs to file an amended complaint and August 17, 2007 for defendants to move to dismiss the amended complaint.  I am writing this letter to request that your Honor extend all the dates for the submission for the amended complaint; and the timetable for the motion to dismiss (but not the deadline for the close of discovery) by two weeks for the reasons discussed below.  I am authorized to state that the defendants' counsel agrees to this request.

At the pre-motion conference, counsel for defendants stated for the first time, that one of the grounds for the forthcoming motion to dismiss is the absence of subject

Hon. Richard Berman                                    (177240)
July 27, 2007
Page 2

matter jurisdiction, based on his contention that one of the members of defendant

Geary Property LLC is in Maryland domiciliary. According to Mr. Donley, this would

destroy diversity jurisdiction, since two of the plaintiffs are citizens of Maryland.

In an effort to verify the information given to us by Mr. Donley, I asked him to

supply a certificate of incorporation for the member in question (Beverly Enterprises

Maryland, Inc., a California corporation), so that I could see if the certificate states its

principal place of business. After checking with his client, Mr. Donely told me that he

was not authorized to send the certificate of incorporation to me. While the certificate

of incorporation of this California corporation is publicly available, I am informed that the

Secretary of State of California does not provide expedited service for requests of this

kind, and that it will take at least six to eight days to get this document.

Plaintiffs have no desire to burden this Court with  motion practice where the

pertinent facts are ready ascertainable, albeit, in one week. Accordingly, we

respectfully request a two week extension so that we can obtain the  certificate of

incorporation from the California Secretary of State. If  the certificate of incorporation

does set forth a principal place of business for the member in question in Maryland,

plaintiffs will have to decide whether to drop Geary as a defendant in this action, or to

re-file this action in State Court against all of the defendants including Geary.

Although I should have the relevant information within the next 8 days, I will be

out of the country from August 5 to August 12. That is the reason for the request for

two additional weeks.

Hon. Richard Berman
July 27, 2007
Page 3

(177240)

     As stated earlier, defendants have expressly consented to the request to extend

the timetable for the filing of the amended complaint and the motion to dismiss.

               Respectfully submitted,

               Martin Stein

MS:sp
Enclosure

cc:    Ron Kaufman, Esq. (via fax)
       Joseph Donley, Esq.  (via fax)

2 week extensions granted.

SO ORDERED:
Date: 7/31/07   Richard M. Berman

Richard M. Berman, U.S.D.J.