**Dechert**
LLP

30 Rockefeller Plaza
New York, NY 10112-2200
+1 212 698 3500  Main
+1 212 698 3599  Fax
www.dechert.com

JOSEPH F. DONLEY

joseph.donley@dechert.com
+1 212 649 8724  Direct
+1 212 698 3599  Fax

**MEMO ENDORSED**

Discuss with Maputi to Judge Ellis.

SO ORDERED:
Date: 8/28/07    Richard M. Berman
Richard M. Berman, U.S.D.J.

August 27, 2007

Hon. Richard M. Berman
United States District Court
500 Pearl Street (Room 650)
New York, New York 10007

Re:   *Grunstein, et. al. v. Silva, et. al.,* ( 07 Civ. 3712)

Dear Judge Berman:

    We are counsel to defendants in the above captioned action. A dispute has arisen between plaintiffs and defendants concerning an initial deposition in the case noticed by the plaintiffs for September 11, 2007. Unless your Honor prefers to resolve the dispute, the parties jointly request that the case be referred (for discovery purposes) to Magistrate Ronald L. Ellis, who is designated as the presiding magistrate for the case in your Honor's prior order.

Respectfully yours,

Joseph Donley
Joseph F. Donley

JFD/dj

cc:   Martin Stein, Esq.
      (Counsel to all plaintiffs)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/07



RECEIVED
AUG 28 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

12904842.1

U.S.  Austin  Boston  Charlotte  Harrisburg  Hartford  New York  Newport Beach  Palo Alto  Philadelphia  Princeton
San Francisco  Washington DC    EUROPE  Brussels  London  Luxembourg  Munich  Paris

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GRUNSTEIN, et al.,

                Plaintiffs,

      -against-                                  07 **CIVIL** 3712 (RMB)(RLE)

SILVA, et al.

                Defendants.
------------------------------------------------------------x

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| _____ | Inquest After Default/Damages Hearing | | Particular Motion: _____ |
| | | | All Such Motions: _____ |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       August 28, 2007



**RICHARD M. BERMAN**
**U.S.D.J.**