UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEONARD GRUNSTEIN, JACK DWYER,
and CAPITAL FUNDING GROUP, INC.,

        07 cv 3712    (RMB)
                          (RLE)

      Plaintiffs,

**ORDER FOR ADMISSION PRO
HAC VICE ON WRITTEN MOTION**

- against –

RONALD E. SILVA; PEARL SENIOR CARE,
LLC; PSC SUB, LLC; BEVERLY ENTERPRISES,
INC; GEARY PROPERTY HOLDINGS, LLC
FILLMORE CAPITAL PARTNERS, LLC;
FILLMORE STRATEGIC INVESTORS, LLC;
DRUMM INVESTORS, LLC; and FILLMORE
STRATEGIC MANAGEMENT, LLC,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07
```

      Defendants.
-----------------------------------------------------------X

Upon the motion of Richard F. Horowitz attorney for Plaintiffs Leonard Grunstein, Jack Dwyer, and Capital Funding Group, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Ron S. Kaufman |
| Firm Name: | Fenigstein & Kaufman, P.C. |
| Address: | 1900 Avenue of the Stars, Suite 2300 |
| City/State/Zip: | Los Angeles, CA 90067 |
| Telephone/Fax: | (310) 201-0777 (tele)  (310) 556-1346 (facsimile) |
| Email Address: | Ron.Kaufman@fenkauf.com |

is admitted to practice pro hac vice as counsel for Jack Dwyer and Capital Funding, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case

1

(176445)

Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: **August 30**, 2007

New York, NY

*[signature: Richard A. Berman]*

United States District/Magistrate Judge