UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

LEONARD GRUNSTEIN, JACK DWYER, and       :
CAPITAL FUNDING GROUP, INC.,             :
                                         :
                       Plaintiffs,       :        07 Civ. 3712 (RMB) (RLE)
                                         :
        --against--                      :
                                         :
RONALD E. SILVA; PEARL SENIOR CARE, LLC; :
PSC SUB, LLC; GEARY PROPERTY HOLDINGS, LLC; :
FILLMORE CAPITAL PARTNERS, LLC; FILLMORE :
STRATEGIC  INVESTORS, LLC; DRUMM         :
INVESTORS, LLC; and FILLMORE STRATEGIC   :
MANAGEMENT, LLC.                         :
                                         :
                       Defendants.       :
-----------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in

Support of Defendants' Motion to Dismiss the Amended Complaint, the Declaration of Eric C.

Kirsch and the Exhibits annexed thereto, the Declaration of Milton B. Patipa, the Declaration of

Holly A. Jones, the Declaration of Ronald E. Silva,  and all prior pleadings and proceedings

heretofore had herein, defendants Ronald E. Silva; Pearl Senior Care, LLC; PSC Sub, LLC;

Geary Property Holdings, LLC; Fillmore Capital Partners, LLC; Fillmore Strategic Investors,

LLC; Drumm Investors, LLC; and Fillmore Strategic Management, LLC will move this Court,

before the Honorable Richard M. Berman, at the United States Courthouse, 500 Pearl Street,

New York  10007, in accordance with the schedule previously adopted by the parties (under

which plaintiff will respond by September 14, 2007, defendants will reply by September 26,

2007, and oral argument will be conducted if allowed by the Court), for an Order pursuant to

Rules 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure

dismissing this action with prejudice for lack of subject matter jurisdiction, lack of jurisdiction

over the person, failure to comply with a forum selection clause, and failure to state a claim upon

which relief can be granted, and granting such other and further relief as the Court deems

appropriate.

Dated: New York, New York
      August 30, 2007

                                  DECHERT, LLP

                            By: _____
                                    Joseph F. Donley
                                    Eric C. Kirsch

                                    30 Rockefeller Plaza
                                    New York, NY 10112
                                    TEL: 212.698.3500
                                    FAX: 212.698.3599

                                    *Attorneys for Defendants Ronald E. Silva;*
                                    *Pearl Senior Care, LLC; PSC Sub, LLC;*
                                    *Geary Property Holdings, LLC; Fillmore*
                                    *Capital Partners, LLC; Fillmore Strategic*
                                    *Investors, LLC; Drumm Investors, LLC;*
                                    *and Fillmore Strategic Management, LLC*

TO:  Martin Stein
      Heller, Horowitz & Feit, P.C.
      292 Madison Avenue
      New York, New York 10017
      (212) 685-7600

      Ron S. Kaufman
      Fenigstein & Kaufman, P.C.
      1900 Avenue of the Stars, Suite 2300
      Los Angeles, CA 90067-4314
      (310) 201-0777

*Attorneys for Plaintiffs Leonard Grunstein, Jack
Dwyer, and Capital Funding Group, Inc.*