UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LEONARD GRUNSTEIN, JACK DWYER, and
CAPITAL FUNDING GROUP, INC.,

                Plaintiffs,

--against--

RONALD E. SILVA; PEARL SENIOR CARE, LLC;
PSC SUB, LLC; GEARY PROPERTY HOLDINGS, LLC;
FILLMORE CAPITAL PARTNERS, LLC; FILLMORE
STRATEGIC INVESTORS, LLC; DRUMM
INVESTORS, LLC; and FILLMORE STRATEGIC
MANAGEMENT, LLC.

                Defendants.
----------------------------------------------------------------x

07 Civ. 3712 (RMB) (RLE)

**DECLARATION OF
HOLLY A. JONES**

## DECLARATION OF HOLLY A. JONES

I, Holly A. Jones, declare as follows:

1. I am employed as Director of Transactions for GGNSC Administrative Services LLC and am also Secretary of Beverly Enterprises—Maryland, Inc. I submit this Declaration in support of defendants' motion to dismiss plaintiffs' amended complaint. Except as otherwise stated I have personal knowledge of the facts set forth herein.

2. Beverly Enterprises—Maryland, Inc. is a member of Geary Property Holdings, LLC.

3. Beverly Enterprises—Maryland, Inc. is incorporated pursuant to the laws of California.

4. Beverly Enterprises—Maryland, Inc. operates three skilled nursing facilities and one assisted living facility in Maryland, and does not conduct any other business. All of the corporation's business operations are located in Maryland where

the corporations operates these four facilities. Beverly Enterprises—Maryland, Inc. has approximately 130 employees at its Maryland facilities, and all of the corporation's employees work in its Maryland facilities.

    I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed on August 28, 2007, at Fort Smith, Arkansas.

_____
Holly A. Jones

12901303.1.LITIGATION