UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LEONARD GRUNSTEIN, JACK DWYER, and
CAPITAL FUNDING GROUP, INC.,

                      Plaintiffs,                      07 Civ. 3712 (RMB) (RLE)

        --against--

                                                **ORDER FOR**
RONALD E. SILVA; PEARL SENIOR CARE, LLC;     **ADMISSION PRO HAC**
PSC SUB, LLC; GEARY PROPERTY HOLDINGS, LLC;  **VICE ON WRITTEN**
FILLMORE CAPITAL PARTNERS, LLC; FILLMORE     **MOTION**
STRATEGIC INVESTORS, LLC; DRUMM
INVESTORS, LLC; and FILLMORE STRATEGIC
MANAGEMENT, LLC.

                      Defendants.
------------------------------------------------------------------x

Upon the motion of Joseph F. Donley of Dechert LLP, attorneys for defendants Ronald E. Silva; Pearl Senior Care, LLC; PSC Sub, LLC; Geary Property Holdings, LLC; Fillmore Capital Partners, LLC; Fillmore Strategic Investors, LLC; Drumm Investors, LLC; and Fillmore Strategic Management, LLC ("Defendants"), and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

        H. Joseph Escher, Esq.
        Dechert LLP
        One Maritime Plaza
        Suite 2300
        San Francisco, CA 94111-3513
        Tel: (415) 262-4500
        Fax: (415) 262-4555

and

        D. Christopher Burdett, Esq.
        Dechert LLP
        One Maritime Plaza
        Suite 2300
        San Francisco, CA 94111-3513
        Tel: (415) 262-4500
        Fax: (415) 262-4555

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/07

-2-

are admitted to practice *pro hac vice* as counsel for Defendants in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: September 14, 2007
New York, New York

RMB
_____
United States District ~~Magistrate~~ Judge

Richard M. Berman