- 2 -

4.  Attached hereto as Exhibit B is a true and correct copy of an excerpt from the website of the Maryland Department of Assessments and Taxation, *available at*: http://sdatcert3.resiusa.org/UCC-Charter/temp_defs.aspx, in which Maryland defines the term "Principal Office."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September, 2007, at New York, New York.

_____
ERIC C. KIRSCH