

**Maryland Department of Assessments and Taxation**

**Taxpayer Services Division**
301 West Preston Street ■ Baltimore, MD 21201   (2007 w3.3)

**Main Menu** | **Security Interest Filings (UCC)** | **Business Entity Information (Charter/Personal Property)** | **Rate Stabilization Notices** | **Get Forms** | **Certificate of Status** | **SDAT Home**

---

**Active**
> This unincorporated entity is legally active and present in Maryland.

**Annual Report**
> The annual report is part of the personal property return that must be filed by most entities. It indicates the type of entity, name, mailing address, whether the mailing address is a new address, the Department ID number, the federal Employer ID Number, date and state of incorporation or formation, federal principal business code, whether business is conducted in Maryland, the nature of the business, and whether or not the entity owns, leases, or uses personal property in Maryland. In the case of corporations it lists officers and directors and whether the corporation can issue stock. The annual report is not the same as an annual report to shareholders that contains financial information required by the federal Securities and Exchange Commission.

**Assessment Year**
> The calendar year in which a personal property return is required to be filed reporting property owned as of January 1 of the same year.

**Business Code**
> A business description.

**Cancelled**
> For certain entities, the date their authority to do business in Maryland or their existence terminated.

**Close / Not Close**
> Maryland law allows the creation of a category of stock corporations called a *close* corporation. A close corporation is an option for a corporation which has very few stockholders. This field is relevant only for Maryland corporations.

**Consolidated**
> The legal existence of this entity ended with its voluntary consolidation with one or more other entities to form a new and separate entity.

**Date Filed**
> The date the document was filed with the Department.

**Date of Formation**

The date that the document which began this entity record was formally received for record by this Department. If this field indicates 1/1/1601, the entity existed prior to the creation of this Department's records, and the Department does not have the actual date of incorporation.

**Department ID Number**

The unique identification number assigned by this Department. It is used when dealing with this Department, paying personal property taxes or getting a business license. Note that this is not the same as a Federal Employer Identification Number (EIN).

*Note:* Department ID numbers issued before 1999 are one letter followed by seven digits. Numbers issued starting in 1999 are one letter followed by eight digits. When looking up data by Department ID number, you must provide the letter and eight digits. If you have a seven-digit number, add a zero between the letter and the other digits.

**Dissolved**

For a Maryland entity, it voluntarily ended its existence. For a foreign entity it voluntarily ended its registration.

**Effective Date**

The date the document took effect if different from Date of Formation.

**Employer Identification Number (EIN)**

The unique identification number assigned by the Internal Revenue Service (IRS). It is used when dealing with Federal authorities and the Comptroller of the Treasury. Note that this is not the same as a Department ID Number. An EIN is assigned by the IRS when an SS-4 form is submitted.

**Entity Name**

The full legal name of the entity as it appears in our file. For Maryland entities the record shows the legal name. For foreign entities it is possible that the legal name in the home jurisdiction will differ either because that name was not available at the time of registration in Maryland or the name was changed in the home state after registration here and we were not notified as required by law.

**Entity Type**

The Department's files contain all the different types of business entities available under State law that can be created by a filing with the Department. These entities are limited liability partnerships, corporations, limited partnerships, limited liability companies, limited liability limited partnerships, business trusts, real estate investment trust and trade name filings.

**Extension**

The annual report is due on April 15 however the entity may request a 60-day extension. This is the date such a request was received, or in some cases the word "Filed" indicates an extension request was received. A blank field means no such request was received.

**Filing Date**

Most entities are required to file an annual report. This date shows when the return was received. Returns received before early 1999 are not always shown, although the

assessments certified for prior years are included in this database.

**Filing Date and Time**
This is the instant this document in question was recorded with this Department. It is the instant the document is deemed effective unless the document itself contains a later effective date.

**Film**
Where the image of a document resides for retrival purposes.

**Folio**
Starting page reference to locate documents on the film.

**Forfeited**
For a Maryland entity, its existence has been ended by the State for some delinquency. For a non-Maryland entity it means its authority to do business and legal presence here has been terminated. For a trade name it means the filing has lapsed after 5 years and not been renewed.

**Good Standing**
An entity is deemed to be in good standing if all reports, filings and penalties due THIS DEPARTMENT are up to date and paid and the entity has a valid, active resident agent. An entity may be bankrupt, under indictment, and owe taxes to state, local and federal government and yet be in good standing with this Department.

**Incorporated**
This corporation is legally active and present in Maryland.

**Merged**
The legal existence of this entity ceased with its merger into another entity.

**Old Name**
During the term of its existence an entity may change its name one or more times. In order to trace an entity which has changed its name to something else, the old name will continue to appear when a name search is done. If you select an item with *Old Name* in the Status column the current name, not the name you selected, will appear, on subsequent pages.

**Owner**
The legal entity or person that is operating under a trade name and which may own and/or control the business.

**Pages**
The length of the document in microfilmed pages. This is helpful if you need a copy of the document, as the number of pages determines the charge for the document. The charge is $1 per page.

**Penalty Amount**
Amount of penalty for the late filing of the year's Personal Property Report.

**Penalty Paid Date**
  The date a penalty for the late filing of the year's Personal Property Report was paid.

**Principal Office**
  All Maryland entities require some Maryland address where certain records are to be kept or certain requests can be made on management. This may or may not be where the actual business endeavor is conducted. For foreign entities this is a mailing address that can be anywhere.

**Renewal Expiration Date**
  The date this trade name will lapse unless renewed.

**Renewal Notice Date**
  Trade name filings (agency records) are good for five years from the original date of filing. They may be renewed within six months of the expiration date. Six months before the renewal expiration date the Department sends a notice to the owner(s) reminding them the trade name will soon expire. This notice contains a renewal form. This is the date the most recent renewal notice was mailed by the Department.

**Reserved Name**
  Names can be reserved for 30 days to allow the preparation of documents creating entities with names that will be available when the documents are submitted. The reserved name file includes foreign name registrations which are valid for the calendar year. It also includes information on documents filed within the last 90 days for entities.

**Resident Agent**
  A person that a sheriff can walk up to and hand a summons to in order to get jurisdiction over the entity for court. It may or may not be one of the owners or officers. In some cases this can be a Maryland corporation. In all cases the address must be a physical address (no P.O. boxes).

**Revived**
  The entity is currently back to active status after having been forfeited in the past. The entity took the legal steps necessary to reinstate its existence.

**State of Formation**
  Jurisdiction where this entity is domiciled (formed). An entry reading "FC" means foreign country. Otherwise the standard postal abbreviations for the states are used.

**Status**
  The legal status of this entity or its registration with the Department. Status could be any one of the following: cancelled, forfeited, merged, consolidated, dissolved, old name, revived, incorporated, active, or inactive.

**Status Date**
  Date this entity acquired the status currently listed in the Status field.

**Stock / Nonstock**
  A stock corporation is authorized by its charter to issue capital stock. A nonstock

corporation has no authority to issue stock.

**Subsequent Transactions**

Active entities can file different documents during their existence which accomplish many functions. This is the list of those documents. Included are the entity's original filing, amendments, resolutions, mergers, supplementaries, restatements, revivals, dissolutions and a host of other miscellaneous documents. They appear chronologically with the date of each, the length in pages and a film/folio reference. In some cases there is a brief description of the transaction.

**Time**

The time of day the document was filed (Eastern Time).

---

**State Department of Assessments and Taxation**
301 West Preston Street
Baltimore, Maryland 21201
Phone (410) 767-1340
Contact us