UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
LEONARD GRUNSTEIN, JACK DWYER, and
CAPITAL FUNDING GROUP, INC.,

                          Plaintiffs,

            --against--

RONALD E. SILVA; PEARL SENIOR CARE, LLC;
PSC SUB, LLC; GEARY PROPERTY HOLDINGS, LLC;
FILLMORE CAPITAL PARTNERS, LLC; FILLMORE
STRATEGIC INVESTORS, LLC; DRUMM
INVESTORS, LLC; and FILLMORE STRATEGIC
MANAGEMENT, LLC.

                          Defendants.
-----------------------------------------------------------------------x

07 Civ. 3712 (RMB) (RLE)

**DECLARATION OF JULIANNE VINK**

## **DECLARATION OF JULIANNE VINK**

I, Julianne Vink, declare pursuant to 28 U.S.C. section 1746 as follows:

1.    I am employed by Beverly Enterprises, Inc. as Division President of Beverly Living Centers. I submit this Declaration in support of defendants' motion to dismiss plaintiffs' amended complaint. Except as otherwise stated I have personal knowledge of the facts set forth herein.

2.    My office is located at 650 W. Alluvial Avenue, Fresno, California 93711, the address listed in exhibit 5 to the Declaration of Martin Stein. The address listed in exhibit 4 of the Declaration of Martin Stein, 873 South Fair Oaks Avenue, Bin 51, Pasadena, California 91109, is no longer the current address.

3.    My office provides administrative assistance for Beverly Enterprises Inc.'s skilled nursing facilities, including those operated by members of Geary Property Holdings, LLC, an indirect subsidiary of Beverly Enterprises, Inc. In the event a skilled nursing center were contacted by a state agency (through my office)

regarding a facility inspection or review, my office would assist the facility in responding. No employees of Beverly Enterprises-Maryland, Inc. work at the Fresno office.

    I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct. Executed on September 24, 2007, at Fresno, California.

                                              Julianne Vink

12932472.1.LITIGATION