UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRUNSTEIN, et al.,

                    Plaintiffs,

- against -

SILVA, et al.,

                    Defendants.

**ORDER**

07 Civ. 3712 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on December 6, 2007,

**IT IS HEREBY ORDERED** that the Parties meet and confer about the claim by **December 13, 2007**.

**IT IS FURTHER ORDERED** that the Parties appear before the Court for a subsequent conference on **January 24, 2008, at 10:00 a.m.**

**SO ORDERED this 7th day of December 2007**
New York, New York

*/s/ Ronald L. Ellis*
The Honorable Ronald L. Ellis
United States Magistrate Judge