```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD GRUNSTEIN, et al.,

                Plaintiffs,

      - against -

RONALD E. SILVA, et al.,

                Defendants.

**ORDER**

07 Civ. 3712 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on January 24, 2008,

**IT IS HEREBY ORDERED** that the Parties appear before the Court for a subsequent conference on **February 26, 2008, at 11:00 a.m.**

**SO ORDERED this 24th day of January 2008**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge