USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARD GRUNSTEIN, et al.,

                            **Plaintiffs,**

- against -

RONALD E. SILVA, et al.,

                            **Defendants.**

ORDER

07 Civ. 3712 (RMB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

Following a conference with the Court on February 26, 2008,

**IT IS HEREBY ORDERED** that

1. WHEREAS Plaintiffs have raised sufficient question as to whether documents at issue are protected by the attorney client privilege, and WHEREAS the Court finds that California law does not preclude it from reviewing the documents in camera, Defendants must produce the documents in question for in camera review by **February 27, 2008, at 12:00 noon;**

2. by **March 7, 2008,** Plaintiffs provide a full description of the search parameters used to identify discoverable files; **IT IS FURTHER ORDERED** that Plaintiffs will be precluded from adding to or expounding on their description of the search parameters;

3. Plaintiffs' request for a fuller breakdown of Defendants' quarterly and annual statements reflecting the financial performance of Beverly Enterprises for 2006 and 2007 is **DENIED WITHOUT PREJUDICE;** and

4. the Parties appear before the Court for a subsequent conference on **April 1, 2008, at 10:30 a.m.**

**SO ORDERED this 27th day of February 2008**
New York, New York

*[signature]*
The Honorable Ronald L. Ellis
United States Magistrate Judge

2