**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LEONARD GRUNSTEIN, JACK DWYER, and
CAPITAL FUNDING GROUP, INC.,
                            Plaintiffs,

-against-

RONALD E. SILVA, et al.,
                      Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

07 CIVIL 3712 (RMB)

**JUDGMENT**

      Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(2), 12(b)(3), and 12(b)(6), and the matter having come before the Honorable Richard M. Berman, United States District Judge, and the Court, on April 11, 2008, having rendered its Order granting defendants' motion to dismiss, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 11, 2008, defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:** New York, New York
           April 14, 2008

                                                  **J. MICHAEL McMAHON**
                                                      **Clerk of Court**
                              BY:
                                                        **Deputy Clerk**

                                               **THIS DOCUMENT WAS ENTERED**
                                               **ON THE DOCKET ON** _____